Tina M. Ezzell, State Bar No. 013825
J. Daryl Dorsey, State Bar No. 024237

**TB TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona  85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: tme@tblaw.com; jdd@tblaw.com
*Attorneys for Lillian Davis and Creative Innervisions, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| MARK R. HALLBACK AND CHELEI K. HILL-HALLBACK, AKA CHELEI K. HILL, | Case No. 2:11-BK-07655-GBN |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Tina M. Ezzell and J. Daryl Dorsey, of the law firm Tiffany & Bosco, P.A., hereby make their appearance as counsel for **LILLIAN DAVIS AND CREATIVE INNERVISIONS, LLC**, and hereby request notice of all matters which may come before the Court concerning the Debtors, and further request that such notices be addressed to:

> Tina M. Ezzell, tme@tblaw.com
> J. Daryl Dorsey, jdd@tblaw.com
> Tiffany & Bosco, P.A.
> Third Floor, Camelback Esplanade II
> 2525 East Camelback Road
> Phoenix, Arizona  85016-4237

15993-003/463102

-1-

This request includes notices and papers referred to in Bankruptcy Rules 2002 and 9007, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other document brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex or otherwise.

RESPECTFULLY SUBMITTED this 28th day of March, 2010.

**TIFFANY & BOSCO, P.A.**

By: /s/ *J. Daryl Dorsey #024237*
Christopher R. Kaup
J. Daryl Dorsey
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
*Attorneys for Lillian Davis and Creative Innervisions, LLC*

**FOREGOING** filed electronically with the United States Bankruptcy Court for the District of Arizona this 28th day of March, 2011, with a **COPY** of the foregoing mailed the next business day to:

Mark R. Hallback
7113 S. 7th Lane
Phoenix, AZ 85041
*Debtor*

Chelei K. Hill-Hallback
7113 S. 7th Lane
Phoenix, AZ 85041
*Debtor*

15993-003/463102

-2-

| | |
|---|---|
| 1 | Janet Marie Spears |
| 2 | ROWLEY CHAPMAN BARNEY & BUNTROCK, LTD |
|   | 63 E. Main Street, #501 |
| 3 | Mesa, AZ 85201 |
|   | janet@azlegal.com |
| 4 | *Attorneys for Debtor* |
| 5 | |
|   | S. William Manera |
| 6 | 2025 N. Third St. |
|   | Suite 152 |
| 7 | Phoenix, AZ 85004 |
| 8 | U.S. Trustee |
|   | OFFICE OF THE US TRUSTEE |
| 9 | 230 North First Avenue, Suite 204 |
| 10 | Phoenix, AZ 85003 |
|   | USTPRegion14.PX.ECF@USDOJ.GOV |
| 11 | *U.S. Trustee* |
| 12 | /s/ Roxanne McHugh |

15993-003/463102

-3-