1  Tina M. Ezzell, State Bar No. 013825
   J. Daryl Dorsey, State Bar No. 024237
2  **TB** TIFFANY & BOSCO
           P.A.
3  Third Floor, Camelback Esplanade II
   2525 East Camelback Road
4  Phoenix, Arizona  85016-4237
   Telephone: (602) 255-6000
5  Facsimile: (602) 255-0103
   E-Mail: tme@tblaw.com; jdd@tblaw.com
6  *Attorneys for Lillian Davis and Creative Innervisions, LLC*

7

8              **IN THE UNITED STATES BANKRUPTCY COURT**

9                    **FOR THE DISTRICT OF ARIZONA**

10  In re:                              |  Chapter 7

11  MARK R. HALLBACK                    |  Case No. 2:11-BK-07655-GBN
    AND CHELEI K. HILL-HALLBACK,
12  AKA CHELEI K. HILL,                 |  **NOTICE OF APPEARANCE AND**
                                        |  **REQUEST FOR SPECIAL NOTICE**
13                  Debtors.

14

15

16          **PLEASE TAKE NOTICE** that Tina M. Ezzell and J. Daryl Dorsey, of the law

17  firm Tiffany & Bosco, P.A., hereby make their appearance as counsel for **LILLIAN**

18  **DAVIS AND CREATIVE INNERVISIONS, LLC**, and hereby request notice of all matters

19  which may come before the Court concerning the Debtors, and further request that such

20  notices be addressed to:

21
                        Tina M. Ezzell, tme@tblaw.com
22                      J. Daryl Dorsey, jdd@tblaw.com
                            Tiffany & Bosco, P.A.
23                   Third Floor, Camelback Esplanade II
                          2525 East Camelback Road
24                      Phoenix, Arizona  85016-4237

25

26

15993-003/463102

-1-

1    This request includes notices and papers referred to in Bankruptcy Rules 2002 and

2    9007, and also includes, without limitation, notices of any orders, applications,

3    complaints, demands, hearings, motions, petitions, pleadings or requests, and any other

4    document brought before this Court in this case, whether formal or informal, whether

5    written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone,

6    telegraph, telex or otherwise.

7

8        RESPECTFULLY SUBMITTED this 28th day of March, 2010.

9                                                              **TIFFANY & BOSCO, P.A.**

10                                          By: /s/ *J. Daryl Dorsey #024237*
                                                  Christopher R. Kaup
11                                                J. Daryl Dorsey
                                                  Third Floor Camelback Esplanade II
12                                                2525 East Camelback Road
                                                  Phoenix, Arizona  85016-4237
13                                                *Attorneys for Lillian Davis and Creative*
                                                  *Innervisions, LLC*
14

15

16

17   **FOREGOING** filed electronically with the
     United States Bankruptcy Court for the
18   District of Arizona this 28th day of March,
     2011, with a **COPY** of the foregoing
19   mailed the next business day to:

20
     Mark R. Hallback
21   7113 S. 7th Lane
     Phoenix, AZ 85041
22   *Debtor*

23
     Chelei K. Hill-Hallback
24   7113 S. 7th Lane
     Phoenix, AZ 85041
25   *Debtor*

26

Janet Marie Spears
ROWLEY CHAPMAN BARNEY & BUNTROCK, LTD
63 E. Main Street, #501
Mesa, AZ 85201
janet@azlegal.com
*Attorneys for Debtor*

S. William Manera
2025 N. Third St.
Suite 152
Phoenix, AZ 85004

U.S. Trustee
OFFICE OF THE US TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV
*U.S. Trustee*

/s/ Roxanne McHugh