B6C (Official Form 6C) (4/10)

In re **Mark R Hallback,**             Case No. **2:11-bk-07655**
      **Chelei K Hill-Hallback**
                                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single family home**<br>**7113 S. 7th Lane,**<br>**Phoenix, AZ 85041**<br>**1350 SF 3 bd. 2 ba**<br>**1 car garage** | Ariz. Rev. Stat. § 33-1101(A) | 65,000.00 | 65,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Desert Schools FCU**<br>**Baseline & 7th Street**<br>**Acct. #4326383388** | Ariz. Rev. Stat. § 33-1126A9 | 0.00 | Unknown |
| **Household Goods and Furnishings** | | | |
| **1 Refrigerator**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(14) | 10.00 | 10.00 |
| **1 Washer**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(15) | 75.00 | 75.00 |
| **1 Dryer**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(16) | 75.00 | 75.00 |
| **1 Vacuum**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(17) | 25.00 | 25.00 |
| **1 Couch**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(2) | 75.00 | 75.00 |
| **1 LIving Room Chair**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(3) | 25.00 | 25.00 |
| **1 32" flat screen**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(11) | 150.00 | 150.00 |
| **2 Beds**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(7) | 150.00 | 150.00 |
| **2 Dressers**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(8) | 100.00 | 100.00 |
| **3 Lamps**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(5) | 30.00 | 30.00 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

**B6C (Official Form 6C) (4/10) -- Cont.**

In re  **Mark R Hallback,** Case No.  **2:11-bk-07655**
**Chelei K Hill-Hallback**
,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Family Portraits**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1123(10) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| **Wearing Apparel**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1125(1) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Wedding Rings**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1125(4) | 2,000.00 | 2,000.00 |
| **1 Watch**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1125(6) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **1 - 9 mm pistol**<br>Location: 7113 S. 7th Lane<br>Phoenix, AZ 85041 | Ariz. Rev. Stat. § 33-1125(7) | 250.00 | 250.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Chrysler Aspen**<br>**Good Condition**<br>**40,000 miles** | Ariz. Rev. Stat. § 33-1125(8) | 6,786.00 | 21,000.00 |
| | Total: | 75,901.00 | 90,115.00 |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt